## 21654

The STATE, Respondent, v. Steven STORGEE, Appellant.

(288 S. E. (2d) 397)

*Deputy Appellate Defender Vance J. Bettis,* of *S. C. Commission of Appellate Defense,* Columbia, and *Asst. Public Defender Alex Kinlaw,* Greenville, *for appellant.*

*Atty. Gen. Daniel R. McLeod* and *Asst. Attys. Gen. Lindy P. Funkhouser* and *Harold M. Coombs, Jr.,* Columbia, and *Sol. William W. Wilkins, Jr.,* Greenville, *for respondent.*

March 1, 1982.

*Per Curiam:*

Appellant pleaded guilty to attempted burglary and was sentenced to thirteen (13) years' imprisonment. We remand for resentencing.

In *State v. Puckett,* 95 S. C. 114, 78 S. E. 737 (1913) this Court recognized that attempted burglary is an indictable offense. Generally, attempted felonies are considered misdemeanors. 22 C. J. S. *Criminal Law,* Section 74.

When no special punishment is provided for a misdemeanor, the sentence shall not exceed ten (10) years. South Carolina Code Ann. Section 17-25-20 (1976).

Since the sentence imposed here exceeds the statutory maximum, the sentence must be vacated and the case remanded for resentencing. *State v. Hill*, 254 S. C. 321, 175 S. E. (2d) 227 (1970).

Appellant's conviction is affirmed and the case is remanded to the lower court for resentencing in accordance with Section 17-25-20.